

## UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON

**UNITED STATES OF AMERICA**

v.  CRIMINAL NO. 2:24-cr-63

18 U.S.C. § 1519

**JOHN H. WELLFORD III**

### I N F O R M A T I O N

The United States Attorney charges:

On or about April 26, 2019, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant JOHN H. WELLFORD III did with the intent to impede, obstruct, and influence the proper administration of a case filed under Title 11 of the United States Code, that is, the case of *In re Corotoman, Inc.*, Case No. 2:19-bk-20134, in the United States Bankruptcy Court for the Southern District of West Virginia, did knowingly conceal, cover up, falsify and make a false entry in a document or record, to-wit:

In answer to Item 13 of debtor Corotoman, Inc.'s Official Form 207, Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy, which required defendant JOHN H. WELLFORD III to state all transfers of money outside the ordinary course of business within the two years prior to filing, defendant JOHN H.

WELLFORD III knowingly made a false entry that there were "None," when in fact, as defendant JOHN H. WELLFORD III well knew, Corotoman had transferred, outside the ordinary course of business, $925,326.43 to Marsh Fork Development on or about May 2, 2018.

In violation of Title 18, United States Code, Section 1519.

>					WILLIAM S. THOMPSON
>					United States Attorney
>
> By:	*/s/ Holly J. Wilson*
>					Holly J. Wilson
>					Assistant United States Attorney
>					WV State Bar No. 13060
>					300 Virginia Street, East
>					Room 4000
>					Charleston, WV 25301
>					Phone: 304-345-2200
>					Fax: 304-347-5104
>					E-mail: holly.wilson@usdoj.gov