```
             UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF WEST VIRGINIA
                     AT CHARLESTON
```

**UNITED STATES OF AMERICA**

**v.                          CRIMINAL ACTION NO. 2:24-00063**

**JOHN H. WELLFORD III**

<u>O R D E R</u>

**The court having been informed by the Probation Officer preparing the Presentence Report in this case that the defendant has indicated a need for additional time in which to obtain pertinent financial information in this matter, it is ORDERED that the schedule fixed at the time of the defendant's plea be and hereby is extended for an additional four weeks in order to provide two weeks for the defendant to gather the information and another two weeks for the Probation Officer to assess, analyze, and prepare the portion of the Presentence Report that deals with that factor.**

It is accordingly ORDERED that the Probation Department of this court shall conduct a presentence investigation of the defendant and disclose the presentence report to the defendant and to counsel by July 24, 2024; counsel shall communicate to the Probation Department by August 7, 2024, any objections to the presentence report; the presentence report, together with an addendum setting forth any unresolved objections, shall be submitted to the court by August 21, 2024; and the defendant shall appear before the court for sentencing at 1:30 p.m. on September 4, 2024.

Unless otherwise ordered, the probation officer is directed not to disclose the probation officer's sentencing recommendation except to the court.

It is ORDERED that the government and the defendant may file a sentencing memorandum addressing the sentencing factors set forth in 18 U.S.C. § 3553(a) on or before August 28, 2024.

The defendant remains on the same $10,000 Unsecured Appearance Bond with the conditions set forth in the Appearance Bond and Order Setting Conditions of Release filed on May 1, 2024.

The Clerk is directed to forward copies of this order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: May 28, 2024

John T. Copenhaver, Jr.
Senior United States District Judge