```
            UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                     CHARLESTON
```

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　CRIMINAL NO. 2:24-cr-00063

JOHN H. WELLFORD III

**ORDER**

Pending is the Motion of the United States of America, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, for authorization to disclose specified Grand Jury materials relevant to the above-styled case. Upon consideration of the Motion, the Court finds that the disclosure of the specified Grand Jury materials in the above-styled case to the United States Probation Department is necessary as an aid in preparation of the presentence investigation report and directs the United States Attorney to disclose the same to the United States Probation Department.

The Grand Jury information referenced herein is provided subject to the provisions of Rule 6(e), Federal Rules of Criminal Procedure, and shall be used only in the preparation of the presentence investigation report. Grand Jury material shall not be copied or published to any person whose knowledge of the same is not necessary to the preparation of the presentence

investigation report. Upon request, all copies of Grand Jury material will be returned to the Government or destroyed at the close of the case.

It is ORDERED that the motion in this matter be SEALED.

The Clerk is directed to send a copy of this Order to counsel of record for all parties.

Entered this  11th  day of July, 2024.

_____
JOHN T. COPENHAVER
Senior United States District Judge