```
            UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

UNITED STATES OF AMERICA

v.                              CRIMINAL ACTION NO. 2:24-00063

JOHN H. WELLFORD, III

<u>O R D E R</u>

Upon the motion of defendant John H. Wellford, III, filed on July 11, 2024, for permission to travel outside of the Southern District of West Virginia as set forth below, and there being no objection by either United States Probation Officer Mark Ruscello or Assistant United States Attorney Holly J. Wilson, as set forth in the motion and as related to the court's clerk; it is for sufficient cause shown, ORDERED that the Defendant's Motion to Travel Out of State be, and it hereby is, granted to the extent that the defendant may travel from the Southern District of West Virginia to Damariscotta, Maine, on July 27, 2024, and with return to the Southern District of West Virginia no later than August 3, 2024.

The Clerk is directed to forward copies of this order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: July 16, 2024

John T. Copenhaver, Jr.
Senior United States District Judge